# Exhibit "1"




Providing Care for Healthier Lives

Date: 12/30/2021

To whom it may concern,

Patient JACINTO CASTILLO VILLA with DOB 08/20/1977, was evaluated by our practice. This patient

___✓___ Started with symptoms that are highly likely due to COVID-19 (Coronavirus)
_____ had a positive Coronavirus PCR test

on 12/30/2021

PLEASE EXCUSE FROM WORK/SCHOOL UNTIL COVID TEST HAS RESULTED.

Based on the guidance above, <u>the earliest</u> they can return to work/school is 01/09/2022 IF THE COVID TEST IS **POSITIVE**.

SEE FULL GUIDANCE NEXT PAGE.

All New Yorkers have to wear a covering over their nose and mouth (i.e. scarf, cloth face mask, bandana, surgical face mask) when they are in public and unable to maintain social distancing as outlined by the Governors' executive order. The patient should follow any additional guidelines that their employer/school has implemented.

Thanks,

**Travis Etwaroo, RPA-C**
**NPI: 1699215012**
**License: 020713**
**Matthew Kusher, MD**
**NPI: 1003130527**
**License: 269929**

Signature and Stamp

Plaza Del Sol Family Health Center
37-16 108th Street
Corona, NY 11368
(718) 651-4000

CONFIDENTIALITY SAFEGUARDS: In compliance with HIPAA confidentiality mandates permission for this personal health information has been obtained by the patient, and as such, this letter should be treated as highly confidential records and not shared without the patients' permission.

# Exhibit "2"

Thu, Dec 30, 7:32 AM

> Hi Stan good morning this is Ramon I can't go to work today because I got fever and coughing I'm going to the clinic but tomorrow I will go

Ok, so make a Covid test

> Ok thank you I will

Thank you

Thu, Dec 30, 3:24 PM

> Hi mr Stan I made the the COVID test and the doctor said that I can stayed at home for 5 days until the results come but I can go to work tomorrow up to you



Providing Care for Healthier Lives

Date: 12/30/2021

To whom it may concern,

Patient JACINTO CASTILLO VILLA with DOB 08/20/1977, was evaluated by our pra
___ started with symptoms that are highly likely due to COVID-19 (Coronavi
___ had a positive Coronavirus PCR test

on 12/30/2021

PLEASE EXCUSE FROM WORK/SCHOOL UNTIL COVID TEST HAS RESULTED.

Based on the guidance above, **the earliest** they can return to work/school is 01/09/2022 IF TEST IS **POSITIVE**.

SEE FULL GUIDANCE NEXT PAGE.

All New Yorkers have to wear a covering over their nose and mouth (i.e. scarf, cloth fac bandana, surgical face mask) when they are in public and unable to maintain social dis outlined by the Governors' executive order. The patient should follow any additional ___ employer/school has implemented.

Travis Etw

iMessage