UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JACINTO CASTILLO,

             Plaintiff,

            -against-

SIGNATURE AUDIO DESIGN LLC, et al.,

            Defendants.
-------------------------------------------------------------x

22-CV-7229 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On December 9, 2022, Judge Gardephe ordered that the parties be referred to mediation. (ECF 15). Accordingly, the Initial Case Management Conference scheduled for December 14, 2022, is hereby adjourned *sine die*. The parties are directed to file a joint status letter within **one week of the conclusion of their mediation**.

    **SO ORDERED.**

Dated: December 13, 2022
       New York, New York

       _s/ Ona T. Wang_
       **Ona T. Wang**
       United States Magistrate Judge