# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACINTO CASTILLO,<br><br>                    Plaintiff,<br><br>    -against-<br><br>SIGNATURE AUDIO DESIGN, LLC, et al.<br><br>                    Defendant. | Case No. 22-cv-07229(PGG)(OTW)<br><br>**CONSENT JUDGMENT** |

**THIS MATTER** having been opened to the Court by Jacinto Castillo ("Plaintiff"), through its counsel, by way of Complaint against Signature Audio Design, LLC ("Defendant") and Plaintiff and Defendant, having entered into a Settlement Agreement (the "Settlement Agreement"); and Defendant, having executed this Consent Judgment pursuant to the terms of the parties' Settlement Agreement; and pursuant to the Certification of Counsel submitted herewith detailing the non-curable default by these Defendant under the Settlement Agreement; and good cause otherwise appearing;

**IT IS** on this __8th__ day of __March__ 2023,

**ORDERED** that judgment be is hereby entered in favor of Plaintiff against Defendant, in the amount of Ninety Thousand dollars ($90,000.00), minus the sum of all payments already made by Defendant to Plaintiff pursuant to the terms and conditions of the parties' Settlement Agreement, for a judgment of $ __90,000__ ,; and it is further

**ORDERED** that judgment be is hereby entered in favor of Plaintiff against Defendant, in the amount of __$90,000__, which shall constitute payment of legal fees and costs associated with a breach of the Agreement; and it is further

{DN/00265317;2 }

**ORDERED** that the Court shall retain jurisdiction for the purpose of enforcement of this Judgment.

*[signature: Paul G. Gardephe]*

Hon. Paul G. Gardephe, U.S.D.J.

Dated: March 8, 2023