UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACINTO CASTILLO,<br><br>Plaintiff,<br><br>-against-<br><br>SIGNATURE AUDIO DESIGN, LLC, et al.<br><br>Defendant. | Case No. 22-cv-07229(PGG)(OTW)<br><br>**AMENDED**<br>**CONSENT JUDGMENT** |

**THIS MATTER** having been opened to the Court by Jacinto Castillo ("Plaintiff"), through its counsel, by way of Complaint against Signature Audio Design, LLC ("Defendant") and Plaintiff and Defendant, having entered into a Settlement Agreement (the "Settlement Agreement"); and Defendant, having executed this Consent Judgment pursuant to the terms of the parties' Settlement Agreement; and pursuant to the Certification of Counsel submitted herewith detailing the non-curable default by these Defendant under the Settlement Agreement; and good cause otherwise appearing;

**IT IS** on this  15th  day of  March  2023,

**ORDERED** that judgment be is hereby entered in favor of Plaintiff against Defendant, in the amount of Ninety Thousand dollars ($90,000.00), minus the sum of all payments already made by Defendant to Plaintiff pursuant to the terms and conditions of the parties' Settlement Agreement, for a judgment of $90,000.00; and it is further

**ORDERED** that judgment be is hereby entered in favor of Plaintiff against Defendant, in the amount of Zero ($0.00), which shall constitute payment of legal fees and costs associated with a breach of the Agreement; and it is further

**ORDERED** that the Court shall retain jurisdiction for the purpose of enforcement of this Judgment.

*[signature: Paul G. Gardephe]*
_____
Hon. Paul G. Gardephe, U.S.D.J.

**MEMO ENDORSED:**  The previous consent judgment (Dkt. No. 29) is vacated because it contains a typographical error.  The Clerk of Court is directed to strike the document filed at Dkt. No. 29.

SO ORDERED.

*[signature: Paul G. Gardephe]*
_____
Paul G. Gardephe
United States District Judge
Dated:  March 15, 2023